IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSHUA MOSES HELLOM,          No. CIV S-07-0943-LKK-CMK-P

    Petitioner,

 vs.                                  ORDER

Unknown,

    Respondent.

                                /

        Petitioner, a state prisoner proceeding pro se, apparently seeks to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days. No objections to the findings and recommendations have been filed.[1]

---

[1] Petitioner filed a document entitled "Request for Extension of Time" on June 6, 2007. In that document he seeks an order providing him additional time to file a petition under 28 U.S.C. § 2255.

1

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 25, 2007, are adopted in full;

2. This action is closed as having been opened prematurely.

DATED: July 12, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT